# ORIGINAL

FILED

01/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0059

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0059

STATE OF MONTANA,

Plaintiff and Appellee,

v.

THOMAS RICHARD FERRIS,

Defendant and Appellant.

FILED

JAN 19 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

The State of Montana has moved to dismiss Thomas Richard Ferris's appeal in this matter. Ferris, via counsel, opposes dismissal.

On September 21, 2021, this Court issued an Order granting Ferris an extension of time until December 13, 2021, to file his Opening Brief. Ferris did not timely file his brief or request a further extension of time, and on December 21, 2021, the State moved to dismiss this appeal.

Ferris, via counsel, then submitted an Opening Brief to the Clerk of this Court on December 23, 2021. However, the brief was rejected for failure to comply with M. R. App. P. 12, and this Court ordered Ferris to file a corrected brief no later than January 3, 2022. Ferris, via counsel, filed a corrected Opening Brief on December 28, 2022.

The State has not alleged that it suffered from any prejudice as a result of Ferris's late filing. While we expect all litigants to adhere to procedural rules, *Greenup v. Russell*, 2000 MT 154, ¶ 15, 300 Mont. 136, 3 P.3d 124, we conclude that dismissal of this appeal is not warranted under the circumstances.

THEREFORE,

IT IS ORDERED that the motion to dismiss is DENIED.

DATED this ___19ᵗʰ___ day of January, 2022.

_____

_____

_____

_____

_____
                                    Justices